**Order entered December 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01224-CV

**UNION PACIFIC RAILROAD COMPANY, Appellant**

**V.**

**CATHERINE STOUFFER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF GARY LEE STOUFFER, JR. AND AS NEXT FRIEND OF SHANNON STOUFFER AND SHANE STOUFFER, ET AL., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-15204**

## ORDER

Appellees' Motion to Dismiss the appeal is **DENIED.**

/s/ KERRY P. FITZGERALD
   JUSTICE